1254

No. 12–8362.  BAGGETT v. ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 12–8366.  MAGEE v. WRIGHT, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 12–8368.  OWEN v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 12–8372.  PHILLIPS v. BITER, ACTING WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 12–8373.  GONZALEZ v. JACQUEZ, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 12–8380.  GEAR v. BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF NEW YORK ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 12–8381.  BARRETT v. LUDWICK, WARDEN.  C. A. 8th Cir. Certiorari denied.

No. 12–8384.  ASHMORE v. ASHMORE.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 12–8386.  BURGESS v. TENNESSEE.  Ct. Crim. App. Tenn. Certiorari denied.

No. 12–8387.  LEWIS v. SMITH.  Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 12–8388.  LEWIS v. CREWS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Fla.  Certiorari denied.

No. 12–8397.  GILCHRIST v. PARTH'S INC., DBA COMFORT INN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 12–8403.  THOMPSON v. ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 12–8437.  LAWRENCE v. FLORIDA.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.